Case 4:19-cv-01348   Document 47   Filed on 12/06/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRETA SANTOS, § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v.  § | CIVIL ACTION NO. H:19-1348 |
| § | |
| CIT BANK, N.A. § | |
| § | |
| Defendant/Counter-Plaintiff. § | |

## ORDER ENDING ABATEMENT AND LIFTING STAY OF CASE

By Order entered July 14, 2021, this case was abated based upon the parties' Fifth Joint Motion to Abate Case for the reason that HUD released ML2021-15, which continued the moratorium on HUD foreclosures through July 31, 2021, due to COVID-19 concerns. That moratorium has now ended in accordance with its terms. On the eve of the abatement being ended, Defendant/Counter-Plaintiff CIT Bank, N.A., filed a Suggestion of Bankruptcy asserting that Plaintiff Greta Santos had filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code under Case No. 21-32577 in the United States Bankruptcy Court for the Southern District of Texas and, accordingly, that all actions against the debtor must be stayed pursuant to 11 U.S.C. § 362.

Defendant/Counter-Plaintiff CIT Bank, N.A., has now filed its Notice of Bankruptcy Dismissal, exhibiting the Bankruptcy Court's

November 16, 2021 Order of Dismissal of Plaintiff Santos's Chapter 13 bankruptcy proceeding. The automatic stay under 11 U.S.C. § 362 therefore is now LIFTED.

Accordingly, this case is REINSTATED on the active docket of this Court, and the long-pending Defendant/Counter-Plaintiff's Motion for Summary Judgment (Document No. 15) is now ripe for decision.

It is SO ORDERED

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 6th day of December, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE